BOLTON HALL et al., Respondents, *v.* THE UNITED STATES RE-
FLECTOR COMPANY, Appellant.

(Argued February 28, 1882; decided March 7, 1882.)

*Edward P. Wilder* for appellant.

*William B. Hornblower* for respondents.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.

---

PETER J. FERRIS, as Trustee, etc., Respondent, *v.* SAMUEL B.
HARD et al., Appellants.

(Argued February 28, 1882; decided March 7, 1882.)

*Robert F. Little* for appellants.

*Edward C. Hawks* for respondent.

Agree to dismiss appeal; no opinion.
All concur, except RAPALLO, J., absent.
Appeal dismissed.